UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 AUG 26 AM 9:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Manuel MENDOZA-Ramirez,** | Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |
| Defendant | '08 MJ 2628 |

The undersigned complainant, being duly sworn, states:

On or about **August 25, 2008** within the Southern District of California, defendant, **Manuel MENDOZA-Ramirez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **26th** DAY OF **AUGUST, 2008**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

DO8 8/25/08

**CONTINUATION OF COMPLAINT:**
**Manuel MENDOZA-Ramirez**

## PROBABLE CAUSE STATEMENT

On August 25, 2008, at approximately 6:00 A.M., responded to a seismic intrusion device Northeast of the Tecate, California, Port of Entry. An infrared scope unit operator advised Agent Brzeczek of the presence of a large group of people located the area. Agent Brzeczek found twenty-two subjects attempting to hide in some thick brush. Agent Brzeczek identified himself as a United States Border Patrol Agent and questioned all twenty-two subjects concerning their citizenship status. All twenty two including one later identified as the defendant **Manuel MENDOZA-Ramirez**, stated that they were citizens and nationals of Mexico without any immigration documents to enter or remain in the United States legally. At approximately 6:15 a.m., Agent Brzeczek placed all twenty-two subjects under arrest and transported them to the Forrest Gate Processing Center.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **October 6, 2006** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

James Trombley
Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

August 26, 2008
Date/Time